Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–11419–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James J. Haines
33 N. Grove Street
Berlin, NJ 08009

Marla V. Haines
aka Marla V. Pangia
33 N. Grove Street
Berlin, NJ 08009

Social Security No.:
xxx–xx–3589

xxx–xx–4597

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:

Debtor and Joint Debtor was entered on March 22, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 22, 2019
JAN: dac

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-11419-JNP
James J. Haines                                                               Chapter 13
Marla V. Haines
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 2              Date Rcvd: Mar 22, 2019
                                 Form ID: 148              Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
```
db/jdb        +James J. Haines,   Marla V. Haines,   33 N. Grove Street,   Berlin, NJ 08009-9657
cr            +WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516607496     +Advocare Kressville Pediatrics,   431 Sicklerville Road,   Sicklerville, NJ 08081-2555
516607500      Carrington Mortgage Services, LLC,   2201 East 196th Street,   Westfield, IN 46074
516607501      CitiMortgage Inc.,   PO Box 6243,   Sioux Falls, SD 57117-6243
518078600     +Elizon Master Participation Trust I,,   U.S. Bank Trust National Association,,
               as Owner Trustee c/o SN Servicing Corp.,   323 5th Street,   Eureka, CA 95501-0305
518078601     +Elizon Master Participation Trust I,,   U.S. Bank Trust National Association,,
               as Owner Trustee c/o SN Servicing Corp.,   323 5th Street,   Eureka, CA 95501-0305,
               Elizon Master Participation Trust I,
516607505      Financial Recoveries,   PO Box 1388,   Mount Laurel, NJ 08054-7388
516607509      Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
516607510      Mid America Bank & Trust,   PO Box 400,   Dixon, MO 65459-0400
516607514     +Pressler & Pressler, LLP,   7 Entin Rd,   Parsippany, NJ 07054-5020
516607515      South Jersey Gas Company,   Customer Care Center,   PO Box 577,   Hammonton, NJ 08037-0577
517818681     +Wells Fargo Bank, N.A.,   Law Offices of John R. Morton, Jr.,   110 Marter Ave., Suite 301,
               Moorestown, NJ 08057-3124
516848362     +Wilmington Savings Fund Society, FSB,   Carrington Mortgage Services, LLC,
               1600 South Douglass Road,   Anaheim, CA 92806-5948
516607513     +Wilmington Savings Fund Society, FSB, as Trustee,   Phelan Hallinan Diamond & Jones, PC,
               400 Fellowship Rd Ste 100,   Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 01:22:09     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 01:22:04     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516607497      EDI: CINGMIDLAND.COM Mar 23 2019 04:48:00     AT&T Mobility,   15901 E Skelly Drive,
               Tulsa, OK 74116-2809
516835229     +EDI: CINGMIDLAND.COM Mar 23 2019 04:48:00     AT&T Mobility II, LLC,   c/o AT&T Services, Inc.,
               Karen Cavagnaro,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
516723324      EDI: AIS.COM Mar 23 2019 04:48:00     American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK 73124-8838
516607498      E-mail/Text: bankruptcy@pepcoholdings.com Mar 23 2019 01:21:30     Atlantic City Electric,
               5 Collins Dr Ste 2133,   Carneys Point, NJ 08069-3600
516607499      EDI: CAPITALONE.COM Mar 23 2019 04:48:00     Capital One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
516607502     +E-mail/Text: bankruptcy@credencerm.com Mar 23 2019 01:22:49     Credence Resource Management,
               17000 Dallas Parkway, Suite 204,   Dallas, TX 75248-1940
516607503      EDI: RCSFNBMARIN.COM Mar 23 2019 04:48:00     CreditOne Bank,   PO Box 98873,
               Las Vegas, NV 89193-8873
516607504      E-mail/Text: bknotice@ercbpo.com Mar 23 2019 01:22:14     Enhanced Recovery Co., LLC,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516607506      EDI: AMINFOFP.COM Mar 23 2019 04:48:00     First Premier Bank,   PO Box 5519,
               Sioux Falls, SD 57117-5519
516607507     +EDI: IIC9.COM Mar 23 2019 04:48:00     I.C. System Inc.,   PO Box 64378,
               Saint Paul, MN 55164-0378
516820597      EDI: JEFFERSONCAP.COM Mar 23 2019 04:48:00     Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
516607508      EDI: JEFFERSONCAP.COM Mar 23 2019 04:48:00     Jefferson Capital Systems, LLC,   16 McLeland Rd,
               Saint Cloud, MN 56303
516693994      EDI: RESURGENT.COM Mar 23 2019 04:48:00     LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
516802341     +EDI: MID8.COM Mar 23 2019 04:48:00     MIDLAND FUNDING LLC,   PO BOX 2011,
               WARREN, MI 48090-2011
516607511      EDI: MID8.COM Mar 23 2019 04:48:00     Midland Funding, LLC,   8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
516819265     +EDI: JEFFERSONCAP.COM Mar 23 2019 04:48:00     Nordstrom Fsb,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516607512     +E-mail/Text: bnc@nordstrom.com Mar 23 2019 01:21:14     Nordstrom/TD,   13531 Caley Avenue,
               Englewood, CO 80111-6505
516845004      EDI: PRA.COM Mar 23 2019 04:48:00     Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
516816326     +EDI: JEFFERSONCAP.COM Mar 23 2019 04:48:00     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516607516      EDI: NEXTEL.COM Mar 23 2019 04:48:00     Sprint Nextel,   ATTN: Bankruptcy Department,
               PO Box 7949,   Overland Park, KS 66207-0949
516657783     +EDI: RMSC.COM Mar 23 2019 04:48:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 22, 2019
                             Form ID: 148              Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516607517      +EDI: VERIZONCOMB.COM Mar 23 2019 04:48:00      Verizon Wireless,    PO Box 3397,
                Bloomington, IL 61702-3397
517818680      +EDI: WFFC.COM Mar 23 2019 04:48:00      Wells Fargo Bank, N.A.,,    d/b/a Wells Fargo Auto,
                1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
516682002       EDI: WFFC.COM Mar 23 2019 04:48:00      Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,
                Irvine, CA 92623-9657
516607518      +EDI: WFFC.COM Mar 23 2019 04:48:00      Wells Fargo Dealer Services,
                ATTN: Correspondence - MAC T9017-026,    PO Box 168048,   Irving, TX 75016-8048
                                                                                      TOTAL: 27


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:

```
        Andrew L. Spivack    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
         STANWICH MORTGAGE LOAN TRUST A nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust
         National Association, as Owner Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        James Patrick Shay    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
         STANWICH MORTGAGE LOAN TRUST A jpshay@mdwcg.com,   jpshay@gmail.com
        John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
         ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
        Nicholas V. Rogers    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
         STANWICH MORTGAGE LOAN TRUST A nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust
         National Association, as Owner Trustee rsolarz@kmllawgroup.com
        Rex J. Roldan    on behalf of Joint Debtor Marla V. Haines roldanlaw@comcast.net,
         roldanlaw1@gmail.com
        Rex J. Roldan    on behalf of Debtor James J. Haines roldanlaw@comcast.net,   roldanlaw1@gmail.com
        Sherri Jennifer Smith    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE
         OF STANWICH MORTGAGE LOAN TRUST A nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 12
```